Ken S. Mitchell-Phillips, Sr. OSB# 072430
info@lawofficesofkenmitchellphillips.com
The Law Offices of Ken Mitchell-Phillips, P.C.
650 NE Holladay St, Suite 1600
Portland, OR 97232
Telephone: (888) 335-0161
Facsimile: (971) 231-2002

*Lead Counsel for Plaintiff and Putative Classes*

Stefan Coleman *(pro hac vice)*
Law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
201 S Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Out of State Counsel for Plaintiff and Putative Classes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| **PAM REYNOLDS**, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>**GEICO CORPORATION**, a Delaware corporation,<br><br>   *Defendant*. | Case No.: 2:16-cv-01940-SU |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pam Reynolds and Defendant Geico Corporation, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All

claims of the Plaintiff, Pam Reynolds, are hereby dismissed with prejudice, with each party to

bear their own fees and costs.

Dated: March 29, 2018

By: /s/ Stefan Coleman
Stefan Coleman
Attorney for Plaintiff Pam Reynolds

By: /s/ Martin Jaszcuk
Martin Jaszczuk
Attorney for Defendant Geico